UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


BRENDA ADAMS

VERSUS

DOLGENCORP, LLC

CIVIL ACTION

NO. 11-784-FJP-DLD


O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

IT IS ORDERED that the plaintiff's motion to remand[2] is denied as subject matter jurisdiction based on diversity exists over this matter.

Baton Rouge, Louisiana, February 16, 2012.

*signature*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 9.

[2] Rec. Doc. No. 2.

Doc#47720